ACCEPTED
03-15-00174-CV
5573965
THIRD COURT OF APPEALS
AUSTIN, TEXAS
6/8/2015 12:00:00 AM
JEFFREY D. KYLE
CLERK

No. 03-15-00174-CV

| | |
|---|---|
| LEVI MORIN,<br>*Appellant,*<br><br>v.<br><br>LAW OFFICE OF KLEINHANS GRUBER, PLLC,<br>*Appellee.* | Third Court of Appeals<br>Austin, Texas |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
6/8/2015 12:00:00 AM
JEFFREY D. KYLE
Clerk

### Morin's Motion for 14-day Briefing Extension

Because of his counsel's health issues and professional commitments, defendant-appellant Levi Morin moves for a 14-day extension of the deadline to file his opening brief. This is his first motion for an extension. The brief was originally due on May 27; the extension would make it due on June 10.

Morin's counsel has been fighting bronchitis since late April. From the week of April 20 through the week of May 11, he was in the office for not even a full week. He spent most of that time attempting to rest to get healthy.

The time that he was able to work was dominated by other professional commitments, many of them demanding his court presence on an emergency basis. These included:

- Client meetings related to emergency proceedings and conditions of the client's detention in *In re CTLI, LLC*, No 4:14-bk-33564 in the U.S. Bankruptcy Court for the Southern District of Texas;

- Preparation of an emergency motion to stay pending appeal in the appeal of the contempt order, No. 4:15-cv-1063 in the U.S. District Court for the Southern District of Texas;

- An April 29 status hearing on the client's detention conditions in *CTLI*, set on fewer than 24 hours' notice;

- Designation of the record and issues on appeal and coordinating the transcription of electronically recorded proceedings in *CTLI*, which was due on May 7;

- An emergency hearing on May 19, set on roughly 36 hours' notice, on the *CTLI* client's attempt to purge himself of contempt, which, unbeknownst to counsel, turned out to be a request to change the conditions of the contempt order to conditions with which he would prefer to comply;

- An emergency client meeting on May 26 following the court's order, issued that afternoon, setting a 10:30 hearing the next day on the client's statement to the marshals that he wished to purge himself of contempt;

- Further client meetings and the hearing on May 27, at which the client purged himself of contempt;

- Speaking on federal appeals at the TexasBarCLE/Texas Young Lawyers Association annual Federal Court Practice seminar in Dallas on May 15;

- Preparing the appellant's brief in *Samaniego v. Aliseda*, No. 03-14-00795-CV in the Third Court of Appeals, due on May 11; and

- Counseling a client on potential rehearing and petition issues in *Mahoney v. Slaughter*, No. 01-14-00471-CV in the First Court of Appeals, which the court decided on May 7.

These obligations and his illness have prevented Morin's counsel from preparing a brief that will properly present Morin's appellate issues and arguments.

Morin seeks this extension not for delay, but so justice can be done. The plaintiff-appellee law firm won't be prejudiced by this extension, which moves Morin's obligation to file from the accelerated-appeal deadline to just after the standard deadline.

## Conclusion and Prayer

Morin prays that the Court set June 10, 2015, as the deadline for him to file his opening brief. He further prays for all other relief to which he may be entitled.

Respectfully submitted,

THE OLSON FIRM PLLC

/s/ Leif A. Olson

Leif A. Olson
leif@olsonappeals.com
State Bar No. 24032801
PMB 188
4830 Wilson Road, Suite 300
Humble, Texas 77396

(281) 849-8382

**Counsel for Appellant Levi Morin**

## Certificate of Conference

I contacted the appellees about this motion by telephone on May 28 and June 5 and by email on May 27, May 28, and June 5. At 4:38 p.m. on June 5, Keith Kleinhans informed me by email that the firm opposes the requested extension.

/s/ Leif A. Olson

## Certificate of Service

On June 6, 2015, I served a copy of this *Morin's Motion for 14-day Briefing Extension* upon the firm's counsel by electronic service:

Law Office of Kleinhans Gruber, PLLC
Kimberly G. Kleinhans
kim@lawofficeofkg.com
700 Lavaca, Suite 1400
Austin, Texas 78701

/s/ Leif A. Olson